FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2022

No. 04-22-00110-CV

**IN THE INTEREST OF M.V., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00756
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

Appellant's brief was originally due to be filed on April 11, 2022. On April 12, 2022, appellant filed a motion for extension of time to file the brief. We ORDER that appellant's brief must be filed **no later than May 2, 2022.** Given the time constraints governing the disposition of this appeal, **no further extensions of time will be allowed.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court